UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Wilmington Trust, National Association, as Trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp., Multifamily Mortgage Pass-Through Certificates, Series 2019-SB61, <br><br> Plaintiff, <br><br> -against- <br><br> 1229 60 Street LLC, Lot 59 Street LLC, Nathan Rosenberg, Sarah Lebovits, John Doe *I-XXX, inclusive, the last thirty names being fictitious and unknown to Plaintiff, the persons or parties intended being the tenants, occupants, persons, or corporations, if any, having or claiming an interest in or lien upon the premises* <br><br> Defendants. | USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #:_____ <br> DATE FILED: 10/5/2022 <br><br><br><br> 22-cv-6149 (MKV) <br><br> ORDER |

MARY KAY VYSKOCIL, United States District Judge:

      Defendants were served on July 25, July 26, and August 4, 2022. [ECF Nos. 15, 16, 17, 18.] However, no appearance has been entered on any Defendant's behalf, and no response to the complaint has been filed in the allotted time. Plaintiff has acquired Clerk's Certificates of Default but has not moved for a default judgment as to any Defendant. [ECF Nos. 27, 28, 29, 30.] Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendants or their counsel.

      It is HEREBY ORDERED that Plaintiff either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendants pursuant to this Court's Individual Rules, by October 24, 2022. In the event that Plaintiff fails to meet this deadline, this action may be dismissed for failure to prosecute.

1

Plaintiff is directed to serve a copy of this order by mail on Defendants.

**SO ORDERED.**

**Date:  October 5, 2022**
   **New York, NY**

                 */s/ Mary Kay Vyskocil*
                 **MARY KAY VYSKOCIL**
                 **United States District Judge**