UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/24/2022

| | |
|---|---|
| Wilmington Trust, National Association, as Trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp., Multifamily Mortgage Pass-Through Certificates, Series 2019-SB61, | |
| Plaintiff, | 1:22-cv-6149 (MKV) |
| -against- | ORDER |
| 1229 60 Street LLC, Lot 59 Street LLC, Nathan Rosenberg, Sarah Lebovits, John Doe *I-XXX, inclusive, the last thirty names being fictitious and unknown to Plaintiff, the persons or parties intended being the tenants, occupants, persons, or corporations, if any, having or claiming an interest in or lien upon the premises* | |
| Defendants. | |

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a letter from Plaintiff informing the Court that Plaintiff and Defendants 1229 60 Street LLC and Lot 59 Street LLC "are in the late stages of negotiating a potential settlement of this matter." [ECF No. 32.] Plaintiff requests that the Court "allow additional time for the Parties to finalize a settlement and set a new deadline for a status update, dismissal, or, should settlement fall through, a default judgment motion." [ECF No. 32.]

Accordingly, Plaintiff is hereby directed to (1) file a letter concerning the status of the case, or (2) move for default judgment, by November 28, 2022. In the event that Plaintiff fails to meet this deadline, this action may be dismissed for failure to prosecute.

Plaintiff is directed to serve a copy of this order by mail on Defendants.

1

**SO ORDERED.**

**Date:  October 24, 2022**
      **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**